1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASEY F HOFFMANN,

Plaintiff,

v.

E OLIVEROS,

Defendant.

Case No. 18-cv-06577-JD

**ORDER**

Re: Dkt. Nos. 36, 39

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff has filed a motion for discovery and defendant has filed a motion for an extension.

Plaintiff is advised that the Court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses. Discovery requests and responses normally are exchanged between the parties without any copy sent to the court. *See* Fed. R. Civ. P. 5(d) (listing discovery requests and responses that "must not" be filed with the court until they are used in the proceeding or the court orders otherwise). Only when the parties have a discovery dispute that they cannot resolve among themselves should the parties even consider asking the court to intervene in the discovery process. The Court does not have the resources to oversee all discovery, and so requires that the parties present to it only their very specific disagreements. To promote the goal of addressing only very specific disagreements (rather than becoming an overseer of all discovery), the Court requires that the parties meet and confer to try to resolve their disagreements before seeking court intervention. *See* Fed. R. Civ. P. 37(a); N.D. Cal. Local Rule 37. Where, as here, one of the parties is a prisoner, the Court does not require in-person meetings and instead allows the prisoner and defense counsel to meet and confer by telephone or exchange of letters. Although the format of the meet-and-confer process changes,

the substance of the rule remains the same: the parties must engage in a good faith effort to meet and confer before seeking court intervention in any discovery dispute. Plaintiff's motion for production (Docket No. 39) is **DENIED**. Plaintiff should submit his discovery requests to defendant. It is hereby ordered that defendant's request for an extension of time (Docket No. 36) is **GRANTED** and a dispositive motion shall be filed by **November 8, 2019**.

      **IT IS SO ORDERED.**

Dated: October 16, 2019

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2

1

2

3

4  KASEY F HOFFMANN,

5                 Plaintiff,

6       v.

7  E OLIVEROS,

8                 Defendant.

Case No.  18-cv-06577-JD

**CERTIFICATE OF SERVICE**

9

10         I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12         That on October 16, 2019, I SERVED a true and correct copy(ies) of the attached, by

13  placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

15  receptacle located in the Clerk's office.

16

17  Kasey F Hoffmann ID: K36451
    P.O. Box 608
18  D-5-6L
    Tehachapi, CA 93581
19

20

21  Dated: October 16, 2019

22

23                                Susan Y. Soong
                                  Clerk, United States District Court

24

25

26                                By:_____
                                  LISA R. CLARK, Deputy Clerk to the

27                                Honorable JAMES DONATO

28

United States District Court
Northern District of California